PD-0281-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 8:54:42 PM
Accepted 3/25/2015 10:48:08 AM
ABEL ACOSTA
CLERK

# PD-0281-15

Ct. of Appeals No. 08-13-00119-CR

IN THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

**THE STATE OF TEXAS,** *Petitioner*

**v.**

**JEFFREY GENDRON,** *Respondent*

## NOTICE OF DESIGNATION OF COUNSEL FOR RESPONDENT

TO THE COURT OF CRIMINAL APPEALS:

Respondent, Jeffrey Gendron, files this notice of designation of counsel pursuant to Rule 6.1(b) of the Texas Rules of Appellate Procedure. Timothy A. Hootman is hereby designated as counsel for respondent in the Court of Criminal Appeals.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
Email: thootman2000@yahoo.com

ATTORNEY FOR RESPONDENT, JEFFREY GENDRON

FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

1

## CERTIFICATE OF SERVICE

I certify that on this day, the above document was served electronically through the electronic filing manager or email on the parties below.

Lisa C. McMinn
State Prosecuting Attorney
John R. Messinger
Assistant State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
John.Messinger@SPA.Texas.gov

Brock Benjamin
747 E. San Antonio Ave., Ste. 203
El Paso, TX 79901
brock.benjamin@gmail.com

Joe Monsivais
Assistant District Attorney
500 E. San Antonio, Rm 201
El Paso, TX 79901
JoMonsivais@epcounty.com

Dated: March 20, 2015

/s/Timothy A. Hootman
Timothy A. Hootman

2